```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEFFREY A. SPIVAK
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  (916) 554-2700
    (916) 554-2900 FAX
 5

 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) CASE NO.  2:12-CR-00435-CKD
                                   )
12                  Plaintiff,     ) STIPULATION AND ORDER TO
                                   ) CONTINUE STATUS CONFERENCE
13  v.                             )
                                   )
14  MICHAEL D. WILSON,             )
                                   ) Date: June 26, 2014
15                  Defendant.     ) Time: 9:30 a.m.
                                   ) Judge: Hon. Carolyn K. Delaney
16                                 )
                                   )
17

18       It is hereby stipulated and agreed between the United States and

19  the defendant, by and through their respective counsel, that

20       ///

21
22       ///

23
24       ///

25       ///

26
27       ///

28       ///
```

Stip. and [Proposed] Order                1

the status conference set for June 26, 2014 at 9:30 am be continued to October 23, 2014 at 9:30 am.

Dated:   June 25, 2014                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Jeffrey A. Spivak
                                        JEFFREY A. SPIVAK
                                        Assistant U.S. Attorney

Dated:   June 25, 2014                    HEATHER WILLIAMS
                                        Federal Defender

                                        /s/ Linda Harter
                                        LINDA HARTER
                                        First Assistant Federal Defender
                                        (authorized by email 06/25/2014)

ORDER

IT IS SO ORDERED.

Dated:   June 25, 2014

                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE