UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL WILSON,<br><br>Defendant. | No. 2:12-cr-0435 CKD-1<br><br><br><br>ORDER |

This matter came on for status conference regarding defendant's request for return of property. The court has construed defendant's request as a motion for return of property under Federal Rule of Criminal Procedure 41(g). Jeffrey Spivak appeared for plaintiff. Linda Harter appeared from the Office of the Federal Defender. No appearance was made by defendant Wilson.[1]  Upon review of the status reports, upon discussion of counsel, and good cause appearing, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. The Office of the Federal Defender is relieved as counsel of record for defendant Wilson.

/////

---

[1] The court received an e-mail from defendant which was forwarded from the Office of the Federal Defender. Defendant indicated that he was out of the country and could not appear at the hearing. Defendant is advised that e-mail correspondence with the Court is unacceptable. Any motions or requests for court action must be filed on the docket and a copy served on plaintiff.

1

2. No later than December 1, 2014, defendant may pick up the cable at the BLM's storage facility in El Dorado Hills.  After that date, the BLM may dispose of or repurpose the cable.

3. The court finds the instant criminal proceeding is not the proper forum to adjudicate defendant's request for replacement of the cable or monetary damages for destruction of its value. Sovereign immunity bars an award of damages under Federal Rule of Criminal Procedure 41(g). See Ordonez v. United States, 680 F.3d 1135, 1140 (9th Cir. 2012).

Dated:  November 3, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 usa-wilson.cr.oas